JEANETTE G. SCHAFFER, respondent,

*v.*

REALTY REALIZATION COMPANY, appellant,

[Decided May 19th, 1930.]

*Messrs. Thompson & Hanstein,* for the respondent.

*Mr. Samuel P. Hagerman,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in 7 *N. J. Mis. R. 282.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.